UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEVADA

| | |
|---|---|
| LISTOKIN FAMILY TRUST,<br><br>                  Plaintiff,<br><br>- against -<br><br>SINUST, LLC, MICHAEL TSUNIS, MARY ELLEN TSUNIS, TATUADO HOSPITALITY MANAGEMENT GROUP, LLC, PRISTINE WINE & SPIRITS LLC, TATUADO LLC, SINUST GROUP, INC. and POOLSIDE PINEAPPLES, INC.,<br><br>                  Defendants. | 2:16-cv-02049-RFB-VCF |

## SUBSTITUTION OF ATTORNEY

Defendants Sinust, LLC, Michael Tsunis, Mary Ellen Tsunis, Tatuado Hospitality Management Group, LLC, Pristine Wine & Spirits, LLC and Poolside Pineapples, Inc. hereby substitute Samuel Schwartz of 6623 South Las Vegas Boulevard, Suite 300, Las Vegas, NV 89119 telephone (702) 385-5544, as attorney of record in place and stead of Taroff & Taitz, LLP.

Dated: October 30, 2016

                                  Michael Tsunis for defendants

I consent to the above substitution.

Dated: October 28, 2016

                                    Steven Taitz for Taroff & Taitz, LLP

I am duly admitted to practice in this District.
Above substitution accepted.

Dated: October 31, 2016

_____
Samuel Schwartz

Please check one: ✓ RETAINED, or ___ APPOINTED BY THE COURT

APPROVED:

Dated: 10-31-2016

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                Magistrate